UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOHN PHILLIPS,

        Plaintiff,

-vs-                                               Case No. 5:04-cv-278-Oc-10GRJ

UNIVERSAL LIGHTING SERVICES, INC.,
and KEITH FIELDER,

        Defendants.
_____/

**O R D E R**

This case is before the Court for consideration of the Defendants' Motion for Dismissal, etc. (Doc. 22) in which the Defendants request that the claims against them be dismissed for the Plaintiff's failure to prosecute and failure to comply with discovery obligations. On March 29, 2005, the United States Magistrate Judge issued an order (Doc. 28) directing the Plaintiff, John Phillips, who is deemed to be proceeding *pro se* following the withdrawal of his counsel (Doc. 25), to show cause within ten (10) days why his case should not be dismissed without prejudice pursuant to Local Rule 3.10 and Rule 37 of the Federal Rules of Civil Procedure for his failure to prosecute and failure to comply with discovery obligations. The Plaintiff has not responded to the order to show cause, and the time for doing so has elapsed.

Accordingly, upon due consideration, and for the reasons stated in the order to show cause (Doc. 28), it is adjudged that: the Defendants' motion to dismiss (Doc. 22) is GRANTED, and the Plaintiff's claims against Defendants Universal Lighting Services, Inc. and Keith Fielder are DISMISSED without prejudice pursuant to Local Rule 3.10 and Rule 37 of the Federal Rules of Civil Procedure. The Clerk is directed to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 19th day of April, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record
            Maurya McSheehy